**Order filed May 20, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00223-CV

———————

### IN THE INTEREST OF D.C., A MINOR CHILD

On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2012-05172J

## ORDER

On May 5, 2014, Brian J. Fischer filed a notice of appearance as attorney for the minor child, which was erroneously considered as an appearance for appellant. On May 6, 2014, Tom Zakes filed a motion to withdraw as counsel for appellant, which was granted in error. The motion does not comply with Texas Rule of Appellate Procedure 6.5. When new counsel is not substituted, the motion must provide the party's name and last known address, state that a copy of the motion was delivered to the party, state that the party was notified in writing of the right to object to the motion, and show that the motion was delivered to the party by certified and regular mail. *See* Tex. R. App. P. 6.5.

Accordingly, we **WITHDRAW** the ruling granting counsel's motion to withdraw, which was issued in error. Counsel's motion to withdraw from representing appellant is **DENIED.** Tom Zakes remains counsel of record for appellant.

The reporter's record in this appeal was due May 19, 2014. Appellant is ordered to take the necessary steps to see that the reporter's record is filed on or before **June 6, 2014,** which includes making payment arrangements for the record, unless the trial court determines that appellant is indigent.

PER CURIAM